AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT FILED
### for the
District of Rhode Island

2018 DEC -4  P 4: 02

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No.  1:18 MJ 426 LDA |
| Joshua Lalrempuia (DOB 1999) ) | |
| ) | |
| ) | |
| ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____Date unknown - 11/19/18_____ in the county of _____ in the
_____ District of _____Rhode Island_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1341 | Mail fraud |
| 18 U.S.C. § 1343 | Wire fraud |
| 18 U.S.C. § 1344 | Bank fraud |
| 18 U.S.C. § 1349 | Conspiracy |
| 18 U.S.C. § 1028A | Aggravated identity theft |

This criminal complaint is based on these facts:

See the attached Affidavit of Special Agent Rachel L. Robinson, of the United States Department of Homeland Security Investigations

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Rachel L. Robinson, Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _12/4/2018_

_____
*Judge's signature*

City and state:        Providence, Rhode Island        Lincoln D. Almond, U.S. Magistrate Judge
_____
*Printed name and title*