PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION   ☐ INDICTMENT   ☒ COMPLAINT

CASE NO. _1:18MJ426LDA_

Matter Sealed: ☐ Juvenile   ☐ Other than Juvenile

☐ Pre-Indictment Plea   ☐ Superseding   ☐ Defendant Added
☐ Indictment   ☐ Charges/Counts Added
☐ Information

USA vs.

Defendant: Joshua Lalrempuia

Address: **REDACTED**

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT    RHODE ISLAND
DISTRICT OF RHODE ISLAND    Divisional Office

Name and Office of Person Furnishing Information on THIS FORM    STEPHEN G. DAMBRUCH
☒ U.S. Atty   ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned)    Sandra R. Hebert

☐ Interpreter Required   Dialect: _____

Birth Date    **REDACTED**   n :able)

Social _____

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Homeland Security Investigations

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense | RHODE ISLAND    County

**DEFENDANT**

Issue:    ☒ Warrant    ☐ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☒ Currently in State Custody
  ☒ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____

☐ FPD   ☐ CJA   ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 3

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 18 U.S.C. § 1341 | Mail Fraud | ☒ Felony ☐ Misdemeanor |
| 2 | 18 U.S.C. § 1343 | Wire Fraud | ☒ Felony ☐ Misdemeanor |
| 3 | 18 U.S.C. § 1344 | Bank Fraud | ☒ Felony ☐ Misdemeanor |
| 4 | 18 U.S.C. § 1349 | Conspiracy | ☒ Felony ☐ Misdemeanor |
| 5 | 18 U.S.C. §1028A | Aggravated Identity Theft | ☒ Felony ☐ Misdemeanor |