AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JOSHUA LALREMPUIA | ) | Case No.   1:18MJ426LDA |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

     I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court.  A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

     I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date:   _12/12/2018_

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Kensley R. Barrett
*Printed name and bar number of defendant's attorney*

Law Office of Kensley R. Barrett, Esq., Inc.
127 Dorrance Street
Penthouse
Providence, RI 02903
*Address of defendant's attorney*

ken@krbarrettlaw.com
*E-mail address of defendant's attorney*

401.324.9692
*Telephone number of defendant's attorney*

401.679.0122
*FAX number of defendant's attorney*