*10758751*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Rhode Island

FILED

2018 DEC 13  A 8: 03

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:18 MJ 426 LDA |
| Joshua Lalrempuia (DOB 1999) | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Joshua Lalrempuia                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1341 - Mail fraud
18 U.S.C. § 1343 - Wire fraud
18 U.S.C. § 1344 - Bank fraud
18 U.S.C. § 1349 - Conspiracy
18 U.S.C. § 1028A - Aggravated identity theft

Date: 12/4/2018

_____
*Issuing officer's signature*

City and state: PROVIDENCE RI

Lincoln D. Almond, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12/4/2018 , and the person was arrested on *(date)* 12/11/2018 at *(city and state)* Cranston, RI . |
| Date: 12/11/2018           _____ *Arresting officer's signature* |
| W Wyant SDUSM |
| *Printed name and title* |