UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

JOSHUA LALREMPUIA

Criminal Case No. 1:18-MJ-426LDA

## ORDER

The government, without objection from the defendant, has requested an order granting a continuance of the proceedings in the above-captioned matter for 60 days. Pursuant to 18 U.S.C. § 3161(h)(7), the parties submit that additional time is necessary for plea negotiations and to engage in discovery. The defendant, who was arrested on December 12, 2018, had the right to have the matter submitted to a grand jury for indictment within 30 days of his arrest, that is, no later than January 11, 2019. Knowing his right to indictment within 30 days, the defendant waived that right by his counsel's consent to an Order continuing the case for a period of 60 days. The defendant has now agreed to waive that right for 60 days.

Thus, it is the finding of this Court that this action should be continued for a period of 60 days for the following reasons:

1. The government and the defendant desire additional time to engage in plea negotiations and conduct discovery.

2. Defendant does not object to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources in this case.

Pursuant to 18 U.S.C. § 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

On this ___18___ day of ___Dec___ 2018, it is ORDERED that the proceedings scheduled in the above-captioned matter are continued from January 11, 2019 to March 12, 2019; and,

IT IS FURTHER ORDERED that the period from January 11, 2019 through March 12, 2019 shall be excludable in computing time under the Speedy Trial Act of 1974.

LINCOLN D. ALMOND
United States Magistrate Judge